(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Andre Wright__   __592757__
(Name of Plaintiff)      (Inmate Number)

__H.R.Y.C.I 1301 E. 12th Street Wilm, DE 19809__
(Complete Address with zip code)

(2) _____    _____
(Name of Plaintiff)      (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Rapheal Williams__
(2) __Jill Walters__
(3) __Education/School department__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

__- 08 - 018 -__
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

✓ Jury Trial Requested

FILED
JAN 09 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
IFP

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption of each case, including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (**Yes**) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (**Yes**) ••No

C. If your answer to "B" is Yes:

1. What steps did you take? _I've filed grievances, wrote complaint letters, and I've discussed the issues with all defendants._

2. What was the result? _I got no result because nothing has changed._

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Rapheal Williams_
Employed as _Warden_ at _H.R.Y.C.I_
Mailing address with zip code: _1301 E. 12th Street Wilmington, DE 19809_

(2) Name of second defendant: _Jill Walters_
Employed as _Supervisor of juveniles_ at _H.R.Y.C.I_
Mailing address with zip code: _1301 E. 12th Street Wilmington, DE 19809_

(3) Name of third defendant: _Education/School department_
Employed as _Education/School department_ at _H.R.Y.C.I_
Mailing address with zip code: _1301 E. 12th Street Wilmington, DE 19809_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. (1) When I arrived at the Howard R. Young Correctional Institution on June 29, 07 I was immediately placed on Administrative Segragation/Disciplinary status without privilages and my right to visitation and phonecalls were taken away from me without justification or having a hearing. I was not given my right to
2. visitation and phonecalls back until about 3 months later on 9/21/07. This is child abuse, Discrimination, and violations of my 8th and 14th U.S Constitutional Amendments.

   (2) Since my arrival on June 29, 07 I have been housed on 1F pod which is Administrative Segragation. On 1F pod I am being locked in a
3. cell for 47 hours (2 days) at a time befor being allowed out of my cell for 1 hour to take a shower and have recreation. These continual excessive lockdown periods are violating my 8th and 14th U.S Constitutional Amendments, it is also child abuse, endangering the welfare of a minor, neglect.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the Court to award me $5,000,000.00 compensation that I am requesting for the pain, suffering, and mental anguish that I've endured.

3

(3) Being locked in my cell is a health and safety hazard because there are no emergency contact systems in them that could be used to alert the Corrections officers in the event that an emergency took place during the 47 hour (2 day) lockdown periods so I would be rendered helpless seeing as how the Corrections Officers are in an almost sound proof, secured, and secluded office in the front of the pod and they only come out to check on the inmates once every 1 or 2 hours. This type of insufficiency could result in serious injury or death therefor it is endangering the welfare of a minor, neglect, and child abuse.

(4) Since I arrived at the Howard R. Young Correctional Institution on June 29, 07 I have been denied/deprived of any type of education or schooling. This is a violation of my Equal opportunity and due process clauses of the 14th U.S Constitutional Amendment. It is also neglect and child abuse.

(5) The majority of the inmates that I am housed with on 1F pod are adults and some of them are convicted child molesters. Being as though I am still a child/juvenile and I am being housed with them it is endangering the welfare of a minor, neglect, and child abuse.

(6) Defendants Jill Walters and Rapheal Williams are equally responsible because they are my custodial gaurdians while I am in the custody of the state.
The Education/School Department are responsible for depriving me of education/Schooling because they never attempted to offer or provide any type of education/Schooling since I've been here.
All of the above matters have been going on for the past 6¼ months starting from June 29, 07 up until now on January 7, 08.

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7th__ day of __January__, 2008

__Andre Wright__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

