CA 08-18 UNA

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE



Andre Wright 592757
#1-6#7
D.C.C.I. P.O. Box 9561
Wilm De 19809

Clerk,
U.S. District Court
844 N. Kings St. Lock Box 18
Wilm De 19801

Jan 13, 08

Re: To Submit Petition Action Filed

Andre Wright 592757 Comes Now on This 13 day of Jan 08 And Wishes To Submit His Petition Before The District Court As An About The 7 day of Jan 08.

Petition Papers Submitted To Court Will Cause The Action To Be Processed And Wishes Here To Respectfully Submit The Below Action Entitled

Andre Wright 592757    VS   Rapheal Williams, Jill Walters, Education Dept.
Plaintiff                         Defendants

*Please be advised and allow this matter to settle the matter as was [before].*

Respectfully [submitted],

1/13/08
DATED

Andre Wright
Signed

Andre Wright SBI#157
DCC SCI
1181 Paddock Rd
Smyrna, DE 19977

Clerk
U.S. District Court
844 N. King St, Lockbox #18
Wilm, DE 19801

WILMINGTON DE 197
14 JAN 2008 PM 1



USA 41