IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE WRIGHT, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 08-018-***-MPT |
| WARDEN RAPHEAL WILLIAMS, | ) |
| JILL WALTERS, | ) |
| EDUCATION/SCHOOL DEPARTMANT, | ) |
|         Defendants. | ) |

**AUTHORIZATION**

FILED
FEB -1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Andre Wright, SBI #592757 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated Jan 17, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: Jan 28, 2008.

                                                                          Andre Wright
                                                                     Signature of Plaintiff

Andre Wright #522757
H.R.Y.C. I
P.O. Box #9561
Wilmington, DE 19809

WILMINGTON DE 197
31 JAN 2008 PM 1 T
USA 41

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

19801+3570