APPLICATION FOR APPOINTMENT OF Counsel

In the United States District Court
For the District OF DELAWRE

ANDRE WRIGHT 592757
(Petitioner/Plaintiff)

APPLICATION
For APPOINTMENT
OF COUNSEL

(Respondents/Defendants)
Racheal Williams, Jill Walters,
Education/School Department

Case No. 1:08-cv-18-***-MPT

FILED
FEB - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re scanned

(a) Your Name and Mailing Address: Andre Wright #592757  1301 E. 12th Street Wilmington, DE 19809.

(b) Explain why you feel you need a lawyer in this case: I am a juvenile/child who does not know the law and I will not have any adults present in my behalf during the case.

(c) Explain what steps you have taken to find an attorney and with what results: I have made contact through mail and telephone with attornies and they said that they would not be available.

(d) If you need a lawyer who speaks in another language other than English state which language you speak: I do speak English.

I declare under penalty of perjury that my answers to the foregoing questions are true to the best of my knowlege.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer the lawyer may give this information to the court.

I understand that if my answers on my application to proceed in Forma Pauperis [or Affidavit in Support of Application for Appointment of Counsel] are false, my case can be dismissed.

I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

Date: Jan 28, 2008

x Andre Wright 592757

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE  19801
(BUSINESS ADDRESS)

# Memorandum

To:     Andre Wright, SBI #492757, 1F

From:   Business Office

Date:   January 9, 2008

Re:     Response to your letter.

---

Mr. Wright,

You are placed on the indigent list for January. Indigent supplies will be brought to your pod.