IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE WRIGHT, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 08-018-JJF |
| WARDEN RAPHAEL WILLIAMS, JILL WALTERS, and EDUCATION/SCHOOL DEPARTMENT, | : |
|     Defendants. | : |

**ORDER**

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall cause a copy of this Order to be mailed to Plaintiff.

2. The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). Defendants Raphael Williams, Jill Walters, and the Education/School Department are **DISMISSED** as Defendants.

3. The Motion To Strike Petition is **DENIED** as **moot**. (D.I. 4.)

4. The Motion For Appointment Of Counsel is **DENIED** without prejudice. (D.I. 8.)

5. Plaintiff is given leave to **AMEND** the Complaint only as to the issue of conditions of confinement. The amended complaint shall be filed within **thirty days** from the date of this Order. If an amended complaint is not filed within the time allowed,

then the case will be **CLOSED**.

_May 13, 2008_  
DATE

_Joseph J. Farnan Jr._  
UNITED STATES DISTRICT JUDGE