IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE WRIGHT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civ. No. 08-018-JJF |
| | ) |
| WARDEN RAPHAEL WILLIAMS, et al., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

NOW THEREFORE, IT IS HEREBY ORDERED that:

The case is **CLOSED** for failure to file an Amended Complaint, for the reasons that follow:

Plaintiff Andre Wright, filed a Complaint on January 9, 2008. (D.I. 2) On May 13, 2008, an Order was entered dismissing the Complaint as frivolous and for failure to state a claim upon which relief may be granted and giving Plaintiff leave to amend the Complaint within thirty days from the date of the Order or the case would be closed. (D.I. 10.) The thirty days have passed and an Amended Complaint has not been filed.

_July 29, 2008_  
DATE

_Joseph J. Farnan_  
UNITED STATES DISTRICT JUDGE